# United States Court of Appeals for the Fifth Circuit

No. 26-10036
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LARRY SIMMONS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CR-537-1

Before SMITH, SOUTHWICK, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Larry Simmons has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Simmons has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-10036

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

The record reflects a clerical error, on the first page of the judgment, concerning the date that Simmons's offense ended. We therefore REMAND for entry of a corrected written judgment under Federal Rule of Criminal Procedure 36. *See United States v. Fults*, 71 F.4th 328, 329 (5th Cir. 2023); *United States v. Higgins*, 739 F.3d 733, 739 n.16 (5th Cir. 2014).